## Appeal of THEODORE TIEDEMANN CORPORATION.　　Docket No. 1255.

Submitted April 2, 1925; decided April 29, 1925.

*J. R. Little*, *Esq.*, for the taxpayer.
*A. H. Fast*, *Esq.*, for the Commissioner.

Before GRAUPNER, LANSDON, and SMITH.

This appeal is from deficiencies in income and profits taxes for the month of December, 1917, and the period January 1 to May 31, 1918, in the amounts of $859.68 and $758.57, respectively. The only question in issue is the disallowance of $1,321.01 of the depreciation claimed for the month of December, 1917, and $6,605.09 for the fiscal period January 1 to May 31, 1918. From the oral and documentary evidence introduced the Board makes the following

### FINDINGS OF FACT.

The taxpayer has consistently computed the amount of depreciation chargeable against income by making an appraisal of its depreciable property at the end of each taxable period and by deducting that amount from the appraised value of the depreciable property at the beginning of the taxable period after making adjustments for additions and sales of such property. The Commissioner has rejected this method of computing depreciation and has computed depreciation on the straight-line method.

### DECISION.

The determination of the Commissoner is approved. *Appeal of Theodore Tidemann & Sons, Inc.*, 1 B. T. A. 1077.

---

## Appeal of ALBERT D. HEWINSON.　　Docket No. 1549.

Submitted April 1, 1925; decided April 29, 1925.

*Robert A. Littleton*, *Esq.*, for the Commissioner.

Before STERNHAGEN, TRAMMELL, and PHILLIPS.

The amount of deficiency asserted and in controversy is $35.58, income tax for the year 1923.

### FINDINGS OF FACT.

The taxpayer is a citizen of the United States, but is domiciled in the Dominion of Canada. He kept his books on a cash receipts and disbursements basis. In April, 1924, he paid the Dominion of Canada the sum of $43.20, income tax due for the year 1923. The